# United States District Court
# for the
# District of New Jersey

| | |
|---|---|
| Geraldine Coleman, ) | |
|     Plaintiff ) | |
| ) | Civil Action No. 09-2942 |
| v. ) | |
| ) | |
| CashCall, Inc. ) | |
|     Defendant ) | |

## ORDER

Upon consideration of CashCall, Incorporated's Motion to Stay Proceedings and Compel Arbitration, *and no opposition having been filed and having review* ~~Plaintiff's opposition thereto, if any, and~~ the entire record herein, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiff must pursue her claims against CashCall, Inc. in individual arbitration; and it is further

ORDERED, that all further proceedings in this matter as to CashCall, Inc. are stayed pending completion of arbitration.

SO ORDERED THIS __2__ DAY OF __October__ 2009.

_____
United States District Court Judge