# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

December 14, 2009

Shmuel Klein, PC
113 Cedarhill Avenue
Mahwah, NJ 07430

*Coleman v. CashCall Inc.*, 2:09-cv-02942 (SRC)

To Mr. Klein:

     I write in response to your letter dated December 8, 2009.  In light of the issues raised by your letter, if you wish to move for reconsideration, upon notice to all counsel, the Court will entertain such a motion upon full briefing.

          Very truly yours,

          s/   Stanley R. Chesler
          STANLEY R. CHESLER
          United States District Judge

cc

John Michael Kunsch
Sweeney and Sheehan
216 Haddon Avenue, Suite 500
Westmont, NJ 08108

Katten Muchin Rosenman LLP
2900 K Street, NW
Washington, DC 20007-5188