NOT FOR PUBLICATION                                                                                    CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

GERALDINE COLEMAN,

      : Hon. Stanley R. Chesler, U.S.D.J.
      : Civ. A. No. 09-CV-2942

    Plaintiff,

      **ORDER AMENDING ORDER**

    v.

CASHCALL INC., ,

    Defendant.

**CHESLER, District Judge**

This matter having come before the Court upon a status conference held on June 29, 2010.  The Court hereby amends it's prior Order staying this matter pending completion of Court Ordered binding arbitration [docket item #8];

**IT APPEARING** that proceedings in the above matter have been stayed pending Court Ordered binding arbitration;

**IT IS** on this 29th day of June, 2010,

**ORDERED** that Plaintiff Geraldine Coleman must initiate a claim with the American Arbitration Association ("AAA") within 20 days of this Order; and it is further

**ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose to obtain a final determination of the litigation.

                                                        s/ Stanley R. Chesler
                                                    Stanley R. Chesler, U.S.D.J.

Dated: June 29, 2010